**BLUME FORTE FRIED ZERRES & MOLINARI**
By:  HARRIS S. FELDMAN, ID# 010712003
One Main Street
Chatham, NJ 07928
973-635-5400
Attorney for Plaintiff, Maritza Rodriguez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARITZA RODRIGUEZ<br><br>　　　　Plaintiff(s),<br><br>　　　　vs.<br><br>WALMART, et al.<br><br>　　　　Defendant(s). | Civil Action<br><br>No. 2:16-cv-09338-MCA-SCM<br><br>**NOTICE OF MOTION** |

TO:  TO:  Jyoti M. Halsband, Esq.
　　　Cottrell Solensky, PA
　　　550 Broad St. - Ste 1000
　　　Newark, NJ 07102

COUNSEL:

PLEASE TAKE NOTICE that on the next available date for this matter to be heard, the undersigned, counsel for plaintiff Maritza Rodriguez, pursuant to Fed. R. Civ. P. 12(b)(2), will move before the Honorable Steven C. Mannion, Judge of the United States District Court, for the District of New Jersey, Newark, New Jersey, for an Order amending the complaint to substitute defendant "John Doe 1" with Willy Sarmiento and remanding the

above captioned matter back to State Court for lack of subject matter jurisdiction.

    PLEASE TAKE FURTHER NOTICE that, in support of this motion, plaintiff, Maritza Rodriguez, shall rely upon the Certification of plaintiff's counsel, Harris S. Feldman and Brief.


/s/Harris S. Feldman_____
**Harris S. Feldman, Esq.**
**BLUME FORTE FRIED ZERRES & MOLINARI, P.C.**


Dated:  October 19, 2017