**BLUME, FORTE, FRIED, ZERRES & Molinari**
**HARRIS S. FELDMAN, ESQ. ID No.**
A Professional Corporation
One Main Street
Chatham, New Jersey 07928
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARITZA RODRIGUEZ : <br><br> Plaintiff(s), : <br><br> vs. : <br><br> WALMART, WALMART INC., : <br> WALMART STORES, INC.,WALMART <br> STORES EAST, INC., WALMART <br> STORES EAST, LP improperly : <br> pled as WALMART STORES EAST <br> I, LP, WALMART PROPERTIES, : <br> INC., WALMART REALTY CO., <br> WALMART SUPERCENTER OF NORTH : <br> BERGEN STORE #3795, WILLY <br> SALMIENTO, JOHN DOE 2-10, : <br> JOHN DOE, INC. 1-10, ABC <br> CORPORATION 1-10, JANE DOE : <br> 1-10, JANE DOE INC. 1-10, <br> and DEF CORPORATION 1-10. <br><br> Defendant(s). | Civil Action <br><br> No. 2:16-cv-09338-MCA-SCM <br><br> **ORDER** |

This matter having been opened to the Court by Harris S. Feldman, Esq. of the law firm Blume, Forte, Fried, Zerres and Molinari P.C., attorneys for Plaintiff, Maritza Rodriguez on an application for an Order to remand the case to State Court in light of newly added non-diverse parties, and the Court having considered

the joint request and consent of the parties of record and for good cause shown,

It is on this ____ day of _____, 2018,

ORDERED, that the United States District Court Civil Action Number 2:16-cv-09338-MCA-SCM entitled Maritza Rodriguez vs. Walmart, et al., be remanded to the Superior Court of New Jersey, Law Division, Hudson County;

IT IS ON this ____ day of _____, 2018

ORDERED that this matter be and hereby is remanded to the Superior Court of New Jersey, Law Division, Hudson County.

A copy of this order shall be served on all counsel within _____ days of the date hereof.

_____
HON. MADELINE ARLEO COX, U.S.M.J.