## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

MARITZA RODRIGUEZ

                Plaintiff,

v.                                  Case No.: 2:16−cv−09338−MCA−SCM

                                        Judge Madeline Cox Arleo

WALMART, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Hudson County Administration Building
595 Newark Avenue
Jersey City, NJ 07306

State No: HUD−L−16−04437

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                        Very truly yours,

                                        William T. Walsh, Clerk
                                        By Deputy Clerk, ek

encl.
cc: All Counsel